DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

YUSUF ABDUSH SHAKOOR,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-0387

_____

February 4, 2026

Appeal from the Circuit Court for Pinellas County; Philip J. Federico, Judge.

Blair Allen, Public Defender, and Jean Marie Henne, Special Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Sonia C. Lawson, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

KELLY, BLACK, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.